# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00049 JAO |
| CASE NAME: | United States of America v. Matthew Belanger |
| ATTYS FOR PLA: | Craig Nolan |
| ATTYS FOR DEFT: | Katryna Lyn Spearman |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 06/06/2023 | TIME: | 3:00pm3:45pm |

COURT ACTION:  EP: Hearing on [34] Sealed Motion; Sentencing to Counts 1 and 2 of the Indictment as to Defendant Matthew Belanger was held.

Defendant Matthew Belanger was present, in custody.

U.S. Probation Justin Jo was also present.

Discussion held re: Government's motion. Motion granted.

The Court received and reviewed the letter of support submitted on behalf of the Defendant.

Court findings made as to the applicable sentencing guidelines. Court adopts the factual findings of the Presentence Report as amended.

Recommendations by Counsel as to proposed sentence heard.

Allocution by Defendant.

Court notes the aggravating and mitigating factors related to Defendant's sentencing.

Court's proposed sentence stated. No legal objections to the proposed sentence. Court imposes sentence.

ADJUDGED:

Imprisonment: TIME SERVED

Supervised Release: 3 YEARS

Fine: None imposed.

Restitution: N/A

Special Assessment: $200.00 ($100.00 for each count)

Forfeiture: The defendant shall forfeit the defendant's interest in the property listed in the Amended Preliminary Order of Forfeiture filed on June 6, 2023, which is incorporated hereby by reference.

Mandatory and Standard Conditions of Supervised Release -

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision. (mandatory condition) (DRUG TESTING WAIVED)

You must cooperate in the collection of DNA as directed by the probation officer. (mandatory condition)

You must report to the probation office in the federal judicial district immediately after sentencing, unless the probation officer instructs you to report to a different probation office or within a different time frame. (standard condition)

Special Conditions of Supervised Release -

1.   You must participate in a mental health assessment as coordinated by the probation officer. Based on the results of that assessment, the probation officer may then request that the court order specific mental health treatment.

2.   You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the US Attorney's Office.

3.   You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 USC § 1030(e)(1)), other electronic communications or storage devices or media, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. The

probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. You must also submit to periodic unannounced examinations of your computer and computer accessories, as well as provide access to Internet service provider account records, as directed by the probation officer. You must warn other occupants that the premises may be subject to searches pursuant to this condition.

4. You must reside in a residential reentry center or a transitional residence for a term of up to 3 months, following release from imprisonment as approved by the probation officer. You must follow the rules and regulations of the center or residence. Both the probation officer and the residential reentry center or transitional residence may share information regarding your progress and/or violations. You must pay the costs of the center/residence, as directed by the probation officer.

Defendant advised of his right to appeal within 14 days of entry of judgment.

Government's Oral Motion to Dismiss Count 3 is GRANTED.

Defendant Matthew Belanger is remanded into the custody of the U.S. Marshals Service to be released forthwith.

Submitted by: Shelli Mizukami, Courtroom Manager